James Jahmar Williams
vs
United States of America

Date ~~may~~ August 3, 2021

Docket # S1-12-CR-626 PE
S4-12-CR-626-2 ER.

Motion filed Pro sey under 28 U.S.C. 2255
To Vacate Federal Conviction

I James Jahmar Williams Federal Docket # S1-12-CR-626-P.E / S4-12-CR-626-2 ER IS filing this motion to vacate the judgment and sentence of conspiracy to commit robbery distribute drugs and defraud the federal government. This motion is being filed under case law Brady V. Maryland, 373, U.S. 83 which the government failed the disclosure of certain exculpatory material which the government has refused to provide such material which could show the innocence of the said defendant James Williams, being its the government job to establish truth under the pretence of justice. James Williams was charged with allegedly giving one of his co-defendants a hand gun to part take in a robbery in the city of Newburgh NY on Chamber st on the said date of December 15, 2010 However there is many contridiction to establish a Brady claim which can an fact prove the innocence of James Williams. The defence did in fact raised the issue to challenge the government informant

Based on several contridiction made by the Government informants. (1) being The Defence wanted to know who was The Government Informant who claimed James Williams Gave a 38 hand Gun to be used to part take in a Robbery on chamber St especially being that The co-Defendants of James Williams Raymond Christan, Glenn Thomas, Tyrell Whitiker, Kevin Burden, VaShawn Vassall never stated they Received a weapon from James Williams AKA L1, Also Jamar mallory AKA J-mark never Indicated that James Williams Gave anybody a weapon. Jamar mallory who is a federal Informant never made Any Indication In the Discovery Auto that was part of the Defence Discovery Package That he saw or heard James Williams Give Anybody a weapon To commit A Robbery on chamber St on December 15, 2010 In the city of Newburgh NY Jamar mollary Along with Kevin Burden made Statements However None of which link James Williams to Giving Anybody A hand Gun But Telling people To Do things he would Not Do. Kevin Burden was charged with Giving Some one a Broken Hand Gun which Did Not Have a firing pin And Received a light sentence. The Reason For The Defence Making this known Kevin Burden Stated he Gave Some one a Broken hand Gun at a Location which James Williams was not present Along with that he Kevin Burden was present with Jamar mallory who Also confirmed Kevin Burden claim that the weapon he Gave Did not work Along with the fact Anthony Banes A State of New York And federal Informant who claimed he was present During the night of

Robbery who told the city of newburgh police That he and several of James williams Co-Defendant Did commit the Robbery on chamber St in the city of newburgh Ny And Also Identify several of James williams Co-Defendants In a photo line up But made a Statement that he dose not know James williams AKA L1 And when Shown a photo of James williams AKA L1 was unable to Identify James williams AKA L1. Anthony Barnes Also stated That James williams AKA L1 Did not plan the Robbery on chamber St but Raymond christian who he call his Cousin Did. which is a Contridiction to the Government who claimed James williams AKA L1 And Kevin Burden AKA Kev Gotti arriange For the firearms so that the Conspiracy Robbery can take place which cleary proves a Contridiction to the Government Theory of what happend espeially the involment of James williams who the Government claimed Gave a person a weapon on chamber St Debouis St. Brady constitue of exculpatory edvidence which shows Contridiction To the Government evidence to etablish Truth therefore it is the Government Sworn Duty too hand over all evidence Not Just Some So that the Government can keep on pursuant a Defendant especialy when that evidence weaken the Government Case Against Anyone. The Government of The United States of america Did a Joint task force with the orange county District Attorney office which is Guilty of committing a Brady violation Against James williams AKA L1 which challenge the integrity of the Indictment made Against James williams AKA L1 In this matter

the city of newburgh police Department is guilty of withholding evidence In a previous matter against James Williams AKA L1 which shows why the Defence Asked the court to Release the Grand Jury testimony made against James Williams AKA L1 Also To shed light in the intrest of Justice James Williams AKA L1 Was falsley Accussed of a weapon possession by the city of newburgh Ny For possession of hand Gun which was not in his possession or In the Area he was being Detain by the Newburgh police Department who had a warrant For Jamar Mallory AKA J mark Arrest for brandish a Hand Gun And menacing the weapon Inwhich was Recoverd by the city of newburgh police Department which was ~~Discribed~~ Discribed by the individual That filed a compliant Against Jamar mallory was Recoverd However Jamar Mallory was Released the sameday while James Williams was Charged for weapon possession Inwhich was thrown out Against him with ~~prat~~ prejudice the Defence clearly points out the arr of ~~the Investigation~~ The Goverment which did a Joint task force with the federal Goverment.

I James Williams ask the southern District Court of newyork to seek Justice In truth Based on statements And evidence Inwhich was not Giving In It's fullness But withheld which constitue Brady violation.

motion ~~sot~~ Respectfully submitted

X James J Williams                                                          CC



The Government is directed to respond by August 26, 2021. The Clerk of Court is respectfully directed to mail a copy of this order to Williams. SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: 8/12/2021
New York, New York